

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD., ROOM 730
DETROIT, MICHIGAN 48226

GERALD E. ROSEN
CHIEF JUDGE

(313) 234-5135

March 28, 2012

**Transmitted Via Certified Mail - Return Receipt Requested**

Ms. Tammy Hussin
6408 Merlin Drive
Carlsbad, California    92011

    Re:    **Suspension for Nonpayment of Dues**

Dear Ms. Hussin:

    This Court is in receipt of a notice from the State Bar of Michigan that in accordance with Rule 4 of the Supreme Court Rules, you were administratively suspended for nonpayment of dues, effective February 18, 2012.

    Federal Local Rule 83.22(g)(4) provides that:

> "An attorney who is suspended for nonpayment of dues to the State Bar of Michigan or any other bar association on which the attorney's admission to practice in this court may be based will be automatically suspended in this court without any action by the court other than written notice to the attorney. On receipt of notice that the attorney has been reinstated for payment of dues and penalties and payment of the court's attorney renewal fee, the attorney will be automatically reinstated in this court."

    Accordingly, you are hereby suspended in the United States District and Bankruptcy Courts for the Eastern District of Michigan.

Sincerely,

Gerald E. Rosen
Chief Judge

GER:ph